STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
MICHAEL CAMMARATA, PLAINTIFF IN ERROR.

Submitted October 26, 1934—Decided January 10, 1935.

For the defendant in error, *Erwin E. Marshall*.

For the plaintiff in error, *William A. Moore*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.